IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALVARO ANAYA | § | CIVIL ACTION NO. _____ |
| | § | |
| VS. | § | ADMIRALTY |
| | § | |
| | § | |
| THE M/V ATAHUALPA, ITS | § | |
| APPAREL, EQUIPMENT, ENGINES, | § | |
| FREIGHT, ETC. *IN REM* | § | |

### AFFIDAVIT OF MATTHEW D. SHAFFER FOR VERIFICATION OF PLAINTIFF'S ORIGINAL COMPLAINT

STATE OF __Texas__         §
                           §
COUNTY OF __Harris__       §
                           §

BEFORE ME, the undersigned authority, on this day personally appeared MATTHEW D. SHAFFER, who upon oath, after being first duly sworn, deposes and says as follows:

1. "My name is Matthew D. Shaffer. I am over 18 years of age and am fully competent to make this Affidavit.

2. I am the attorney of record for the Plaintiff, Alvaro Anaya, and I have been authorized to act on behalf of the Plaintiff in this matter

3. To the best of my information and belief, the facts contained in the foregoing Plaintiff's Verified Original Complaint are true and correct."

Further affiant sayeth naught.

Executed on this the __22nd__ day of September 2022.

_____
MATTHEW D. SHAFFER

SWORN TO AND SUBSCRIBED BEFORE ME on this the 22nd day of September 2022.

_____
NOTARY PUBLIC
IN AND FOR THE STATE OF TEXAS

CRISTINA ARGUELLES
Notary Public, State of Texas
Comm. Expires 11-07-2022
Notary ID 131788779